March 27, 1984.

473 A.2d 686

Commonwealth v. Malave, Appellant.

Petition for Allowance of Appeal
Denied July 24, 1984.

Submitted February 22, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.